UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SCOTT KLIPPENSTEIN,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUNHEIM,<br><br>    Respondent. | Case No. 1:19-cv-01705-NONE-HBK<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(Doc. Nos. 1) |

    This matter is before the Court upon initial review of the case, which was reassigned to the undersigned on November 17, 2020. (Doc. No. 1). Petitioner Randy Scott Klippenstein, represented by counsel, is proceeding on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (Doc. No. 1). The petition was filed while Petition was incarcerated in Fresno County, which is located within the jurisdiction and venue of this court's Fresno Division. Upon review, the petition challenges Petitioner's state sentence and conviction that was entered by the Superior Court of Sacramento, which is located within the jurisdiction and venue of the Sacramento Division of the United States District Court for the Eastern District of California.

1

Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. Therefore, both the Sacramento Division and the Fresno Division of the Eastern District of California have concurrent jurisdiction. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Federal courts in California generally hear petitions for writ of habeas corpus in the district of conviction. *Favor v. California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Thus, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Sacramento Division of the Eastern District of California. 28 U.S.C. §§ 1404(a), 2241(d).

**Accordingly:**

1. The Clerk shall transfer this case to the United States District Court for the Eastern District of California, Sacramento Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>Sacramento Division
>501 I Street, Room 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   January 18, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2